# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LOLA LUCIO, Individually | : : : |
| Plaintiff, | : : : Case No. 2:24-cv-10638 |
| v. | : : |
| EAST TOWN CORUNNA PLAZA, LLC | : : : |

| | |
|---|---|
| PETE M. MONISMITH, PC<br>Pete M. Monismith (P78186)<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>(724) 610-1881<br>pete@monismithlaw.com | Adam Flory (P80246)<br>Attorney for Defendant East Town Corunna Plaza, LLC<br>200 St Andrews Rd<br>Saginaw, MI 48638<br>aflory@smithbovill.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to a Dismissal with Prejudice,

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice.

s/ Susan K. DeClercq
Susan K. DeClercq
United States District Judge

Dated: 8/15/2024

The parties, through their counsel, hereby stipulate to a Dismissal with Prejudice.

Stipulated and agreed to this 14th day of August 2024 by:

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Adam Flory* |
| Pete M. Monismith (P78186) | Adam Flory (P80246) |
| **Attorney for Plaintiff** | **Attorney for Defendant East Town Corunna Plaza, LLC** |